FILED
2018 Apr-10 AM 01:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DEBRA SUE GARDNER ) | |
|     Plaintiff, ) | |
| vs. ) | |
| ) | |
| COVENANT PLACE OF GARDENDALE, LP ) | Case No.  2:17-cv-00132 |
| FADV BACKGROUND SERVICES CORP. ) | |
|     Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Debra Gardner and Defendant Covenant Place of Gardendale, by and through undersigned counsel, hereby jointly stipulate to the dismissal, with prejudice, of any and all claims and causes of action which have been asserted in the above-styled action, with each party to bear her or its own costs.

*Attorney for Debra Gardner:*

/s/ Thomas C. Donald
Thomas C. Donald
Law Office of Thomas C. Donald
1707 29th Court South
Birmingham, AL 35209
Telephone: (205) 985-2309

*Attorney for Covenant Place of Gardendale LP*

/s/ Wesley C. Redmond
Wesley C. Redmond
Ford Harrison
420 20th Street, Suite 2560
Birmingham, AL 35203
WRedmond@fordharrison.com
205-244-5905

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 8, 2018, a copy of the foregoing has been filed via the CMECF filing system.

                                        */s/ Thomas C. Donald*
                                        Thomas C. Donald