FILED
2018 Apr-10  AM 09:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEBRA SUE GARDNER,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:17-cv-00132-MHH |
| **COVENANT PLACE OF GARDENDALE, LP,** | } |
| **Defendant.** | } |

## ORDER

Plaintiff Debra Sue Gardner and Covenant Place of Gardendale, LP filed a joint stipulation of dismissal with prejudice. (Doc. 27).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this April 10, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE